## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20459-CR-BLOOM/ELFENBEIN

18 U.S.C. § 401(3)
18 U.S.C. § 3146(a)(2) and (b)(1)(A)(i)

UNITED STATES OF AMERICA

v.

NOEL STRACHAN,

Defendant.
_____/

FILED BY_____AT_____D.C.

Oct 16, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### (Contempt of Court)
### 18 U.S.C. § 401(3)

On or about January 21, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**NOEL STRACHAN,**

did knowingly and willfully, and in disobedience and resistance to a lawful order and command of the United States District Court for the Southern District of Florida, given in Miami, Florida, on or about November 21, 2024, in the cases of *United States v. Noel Strachan*, Case No. 23-CR-60092-GAYLES and *United States v. Noel Strachan, et al*, Case No. 22-CR-60238-GAYLES, violate conditions of his release as ordered by the Court, in that the defendant failed to surrender to the Federal Bureau of Prisons on January 21, 2025, in violation of Title 18, United States Code, Section 401(3).

## COUNT 2
### (Failure to Appear)
### 18 U.S.C. § 3146(a)(2) and (b)(1)(A)(i)

On or about January 21, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### NOEL STRACHAN,

having been previously convicted in the cases *United States v. Noel Strachan,* Case No. 23-CR-60092-GAYLES and *United States v. Noel Strachan, et al,* Case No. 22-CR-60238-GAYLES for a violation of Title 18, United States Code, Section 1349, that is, conspiracy to commit wire fraud, an offense punishable by a term of imprisonment of twenty years, and having been released by the United States District Court for the Southern District of Florida pursuant to Chapter 207 of Title 18 United States Code, did knowingly fail to surrender to the Federal Bureau of Prisons on January 21, 2025, pursuant to a court order, in violation of 18 U.S.C. § 3146(a)(2) and (b)(1)(A)(i).

A TRUE BILL

_____

(FOREPERSON

*BRUCE D. BROWN*

*FOR* JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

FELIPE PLECHAC-DIAZ
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

v.

Noel Strachan,

_____/
Defendant.

**CASE NO.:** _____

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL   ☐ WPB

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.   Interpreter: (Yes or No) No
     List language and/or dialect: _____

4.   This case will take __2__ days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                    (Check only one)
     I    ☒ 0 to 5 days                  ☐ Petty
     II   ☐ 6 to 10 days                 ☐ Minor
     III  ☐ 11 to 20 days                ☐ Misdemeanor
     IV   ☐ 21 to 60 days                ☒ Felony
     V    ☐ 61 days and over

6.   Has this case been previously filed in this District Court? (Yes or No) No
     If yes, Judge _____ Case No. _____

7.   Has a complaint been filed in this matter? (Yes or No) No
     If yes, Magistrate Case No. _____

8.   Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
     If yes, Judge Gayles _____ Case No. 22-CR-60238 and 23-CR-60092

9.   Defendant(s) in federal custody as of October 1, 2025

10.  Defendant(s) in state custody as of _____

11.  Rule 20 from the _____ District of _____

12.  Is this a potential death penalty case? (Yes or No) No

13.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

15.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

16.  Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____

Felipe Plechac-Diaz
Assistant United States Attorney
FL Bar No.          0105483

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Noel Strachan

**Case No**: _____

Count #: 1

**Contempt of Court**

18 U.S.C. § 401(3)

**\* Max. Term of Imprisonment: Life**

Count #: 2

**Failure to Appear**

18 U.S.C. § 3146(a)(2) and (b)(1)(A)(i)

**\* Max. Term of Imprisonment: 10 years**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: 3 years**
**\* Max. Fine:  $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**